UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
FLORENTINO BERMUDEZ, FRANKLYN ARCHER, MIGUEL
MARTINEZ, and OSCAR SUAZO, individually and on behalf of all
others similarly situated,

                                  Plaintiffs,

          -against-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and DARREN
CAPUTO,

                                  Defendants.
--------------------------------------------------------------------------X

Civil Action No. 1:22-cv-02235

**CONSENT TO SUE UNDER THE FLSA**

    I hereby consent to be an Opt-In Party Plaintiff in a lawsuit or lawsuits against Capcon Construction Industries Corp., Capcon Construction Supply Corp., Jab Masonry Corp., Agra Masonry Inc., Alex Shvartsberg, and Darren Caputo and any related entities as well as other individuals who may be personally liable for violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, New York State Labor Law, and any other applicable laws.

Date: 01-3-2023

*Florentino Bermudez*
Signature

Florentino Bermudez
Name (Please Print)

████████████████████
Street Address

████████████████████
City, State, Zip Code

████████████████
Phone Number

_____
Email Address

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK
-------------------------------------------------------------------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER, MIGUEL
MARTINEZ, y OSCAR SUAZO, individualmente y en nombre de
todos las demás situados de manera similar,

                                Demandantes,

                 -contra-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and DARREN
CAPUTO,

                                Demandados.
-------------------------------------------------------------------------------X

Acción Civil No. 1:22-cv-02235

**CONSENTIMIENTO PARA DEMANDAR BAJO LA FLSA**

       Por este medio consiento ser un Demandante en la demanda o demandas contra Capcon Construction Industries Corp., Capcon Construction Supply Corp., Jab Masonry Corp., Agra Masonry Inc., Alex Shvartsberg, Darren Caputo y cualquier otras entidades relacionadas, así como otras personas que pueden ser personalmente responsables por violaciones de la Ley de Normas Razonables de Trabajo (FLSA), 29 U.S.C. §§ 201-219, Ley Laboral del Estado de Nueva York, y otras leyes aplicables.

Fecha: _01-3-2023_

_Florentino Bermudez_
Firma

Florentino Bermudez
Nombre

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Dirección

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Ciudad, Estado, Código Postal

▮▮▮▮▮▮▮▮▮▮
Numero de Teléfono

Correo Electrónico