TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK
------------------------------------------------------------------------------------X
FLORENTINO BERMUDEZ, FRANKLYN ARCHER, MIGUEL
MARTINEZ, y OSCAR SUAZO, individualmente y en nombre de
todos las demás situados de manera similar,

                            Demandantes,

              -contra-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and DARREN
CAPUTO,

                            Demandados.
------------------------------------------------------------------------------------X

Acción Civil No. 1:22-cv-02235

**CONSENTIMIENTO PARA DEMANDAR BAJO LA FLSA**

        Por este medio consiento ser un Demandante en la demanda o demandas contra Capcon Construction Industries Corp., Capcon Construction Supply Corp., Jab Masonry Corp., Agra Masonry Inc., Alex Shvartsberg, Darren Caputo y cualquier otras entidades relacionadas, así como otras personas que pueden ser personalmente responsables por violaciones de la Ley de Normas Razonables de Trabajo (FLSA), 29 U.S.C. §§ 201-219, Ley Laboral del Estado de Nueva York, y otras leyes aplicables.

Fecha: _____

01/24/2023
_____
Firma

Miguel Martinez_____
Nombre

_____
Dirección

_____
Ciudad, Estado, Código Postal

_____
Numero de Teléfono

_____
Correo Electrónico

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------X
FLORENTINO BERMUDEZ, FRANKLYN ARCHER, MIGUEL
MARTINEZ, and OSCAR SUAZO, individually and on behalf of all    Civil Action No. 1:22-cv-02235
others similarly situated,

                                Plaintiffs,

           -against-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and DARREN
CAPUTO,

                                Defendants.
-----------------------------------------------------------------------------------X

**CONSENT TO SUE UNDER THE FLSA**

       I hereby consent to be an Opt-In Party Plaintiff in a lawsuit or lawsuits against Capcon Construction Industries Corp., Capcon Construction Supply Corp., Jab Masonry Corp., Agra Masonry Inc., Alex Shvartsberg, Darren Caputo and any related entities as well as other individuals who may be personally liable for violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, New York State Labor Law, and any other applicable laws.

Date: _____

_____01/24/2023_____
Signature

Miguel Martinez_____
Name (Please Print)

_____
Street Address

_____
City, State, Zip Code

_____
Phone Number

_____
Email Address