UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER, MIGUEL
MARTINEZ, and OSCAR SUAZO, individually and on behalf of all    Civil Action No. 1:22-cv-02235
others similarly situated,

                                     Plaintiffs,                **CONSENT TO SUE UNDER**
                                                                **THE FLSA**
                    -against-


CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and DARREN
CAPUTO,

                                     Defendants.

-----------------------------------------------------------------------------------X

        I hereby consent to be an Opt-In Party Plaintiff in a lawsuit or lawsuits against Capcon
Construction Industries Corp., Capcon Construction Supply Corp., Jab Masonry Corp., Agra
Masonry Inc., Alex Shvartsberg, Darren Caputo and any related entities as well as other individuals
who may be personally liable for violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-
219, New York State Labor Law, and any other applicable laws.

Date: __03/10/2023__

_____
Signature

__Oscar Suazo_____
Name (Please Print)

████████████████████____
Street Address

██████████████_____
City, State, Zip Code

██████████_____
Phone Number

████████████████_____
Email Address

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK

-------------------------------------------------------------------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER, MIGUEL
MARTINEZ, y OSCAR SUAZO, individualmente y en nombre de
todos las demás situados de manera similar,

                                          Demandantes,

                           -contra-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and DARREN
CAPUTO,

                                          Demandados.

-------------------------------------------------------------------------------X

Acción Civil No. 1:22-cv-02235

**CONSENTIMIENTO PARA DEMANDAR BAJO LA FLSA**

Por este medio consiento ser un Demandante en la demanda o demandas contra Capcon Construction Industries Corp., Capcon Construction Supply Corp., Jab Masonry Corp., Agra Masonry Inc., Alex Shvartsberg, Darren Caputo y cualquier otras entidades relacionadas, así como otras personas que pueden ser personalmente responsables por violaciones de la Ley de Normas Razonables de Trabajo (FLSA), 29 U.S.C. §§ 201-219, Ley Laboral del Estado de Nueva York, y otras leyes aplicables.

Fecha: ___03/10/2023_____

_____
Firma

Oscar Suazo_____
Nombre

██████████████████████____
Dirección

██████████████_____
Ciudad, Estado, Código Postal

██████████_____
Numero de Teléfono

████████████████_____
Correo Electrónico