TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK

-------------------------------------------------------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER,
MIGUEL MARTINEZ, y OSCAR SUAZO, a título personal y
en representación de todas las personas en una situación similar,
                               Demandantes,

Acción Civil N.°
1:22-cv-02235-RPK-CLP

-contra-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, y
DARREN CAPUTO,

                               Demandados.

-------------------------------------------------------------------X

SI RECIBIÓ ESTE FORMULARIO Y QUIERE UNIRSE A ESTA DEMANDA, POR FAVOR COMPLETE ESTOS <u>DOS PASOS</u>:

1.     COMPLETE Y FIRME ESTE FORMULARIO DE CONSENTIMIENTO PARA UNIRSE A LA DEMANDA; <u>Y</u>
2.     USE EL SOBRE PRE-PAGADO ADJUNTO PARA DEVOLVER ESTE FORMULARIO A LA DIRECCIÓN QUE APARECE ABAJO NO MÁS TARDE DE **DICIEMBRE 2, 2023**.

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

TAMBIÉN PUEDE ENVIAR POR FAX EL FORMULARIO DE CONSENTIMIENTO PARA PARTICIPAR AL (212) 428-6811 O ESCANEARLO Y ENVIARLO POR CORREO ELECTRÓNICO A: dhernandez@KatzMelinger.com

Doy mi consentimiento para unirme a la acción colectiva y autorizo a Katz Melinger PLLC a actuar en mi nombre en todos los asuntos relacionados con esta acción, incluyendo cualquier acuerdo de mis reclamaciones.

_____
FIRMA

_____
Gerardo Garcia
NOMBRE

10/09/23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER,
MIGUEL MARTINEZ, and OSCAR SUAZO, individually and          Civil Action No.
on behalf of all others similarly situated,                 1:22-cv-02235-RPK-CLP

                            Plaintiffs,

                  -against-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and
DARREN CAPUTO,

                       Defendants.

----------------------------------------------------------------------X

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE
COMPLETE THESE <u>TWO STEPS</u>:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; <u>AND</u>
2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS
    BELOW NOT LATER THAN **DECEMBER 2, 2023**.

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (212) 428-6811
OR SCAN AND EMAIL IT TO:
dhernandez@KatzMelinger.com

I consent to join the collective action and authorize Katz Melinger PLLC to act on my behalf in
all matters relating to this action, including any settlement of my claims.

_____          _____
         SIGNATURE                                  PRINT NAME
                                                 10/09/23