TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK
----HecloR ALEMAN----------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER,
MIGUEL MARTINEZ, y OSCAR SUAZO, a título personal y
en representación de todas las personas en una situación similar,
Demandantes,

Acción Civil N.°
1:22-cv-02235-RPK-CLP

-contra-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, y
DARREN CAPUTO,
Demandados.

----------------------------------------------------------------------X

SI RECIBIÓ ESTE FORMULARIO Y QUIERE UNIRSE A ESTA DEMANDA, POR
FAVOR COMPLETE ESTOS DOS PASOS:

1.  COMPLETE Y FIRME ESTE FORMULARIO DE CONSENTIMIENTO PARA
    UNIRSE A LA DEMANDA; Y
2.  USE EL SOBRE PRE-PAGADO ADJUNTO PARA DEVOLVER ESTE
    FORMULARIO A LA DIRECCIÓN QUE APARECE ABAJO NO MÁS TARDE
    DE **DICIEMBRE 2, 2023**.

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

TAMBIÉN PUEDE ENVIAR POR FAX EL FORMULARIO DE CONSENTIMIENTO
PARA PARTICIPAR AL (212) 428-6811 O ESCANEARLO Y ENVIARLO POR
CORREO ELECTRÓNICO A: dhernandez@KatzMelinger.com

Doy mi consentimiento para unirme a la acción colectiva y autorizo a Katz Melinger PLLC
a actuar en mi nombre en todos los asuntos relacionados con esta acción, incluyendo
cualquier acuerdo de mis reclamaciones.

_____
FIRMA

HEctoR. ALEMAN
NOMBRE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_HECtol2  ALEMAN_____X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER, MIGUEL MARTINEZ, and OSCAR SUAZO, individually and on behalf of all others similarly situated,

Civil Action No.
1:22-cv-02235-RPK-CLP

Plaintiffs,

-against-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP., AGRA MASONRY INC., ALEX SHVARTSBERG, and DARREN CAPUTO,

Defendants.
--------------------------------------------------------------------X

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

1.  COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; AND
2.  USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN **DECEMBER 2, 2023**.

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (212) 428-6811
OR SCAN AND EMAIL IT TO:
dhernandez@KatzMelinger.com

I consent to join the collective action and authorize Katz Melinger PLLC to act on my behalf in all matters relating to this action, including any settlement of my claims.

_____
SIGNATURE

HECtolz ALEMAN
PRINT NAME