UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER,
MIGUEL MARTINEZ, and OSCAR SUAZO, individually and
on behalf of all others similarly situated,

                                               Plaintiffs,

                                  -against-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and
DARREN CAPUTO,

                                         Defendants.

-----------------------------------------------------------------------------X

Civil Action No.
1:22-cv-02235-RPK-CLP

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE
COMPLETE THESE TWO STEPS:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; AND
2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS
   BELOW NOT LATER THAN **DECEMBER 2, 2023**.

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (212) 428-6811
OR SCAN AND EMAIL IT TO:
dhernandez@KatzMelinger.com

I consent to join the collective action and authorize Katz Melinger PLLC to act on my behalf in
all matters relating to this action, including any settlement of my claims.

_Nicholas Hamilton_
SIGNATURE

_N Hamilton_
PRINT NAME

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK
--------------------------------------------------------------------------X
FLORENTINO BERMUDEZ, FRANKLYN ARCHER,
MIGUEL MARTINEZ, y OSCAR SUAZO, a título personal y
en representación de todas las personas en una situación similar,
                                            Demandantes,

                              -contra-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, y
DARREN CAPUTO,
                                            Demandados.
--------------------------------------------------------------------------X

Acción Civil N.°
1:22-cv-02235-RPK-CLP

SI RECIBIÓ ESTE FORMULARIO Y QUIERE UNIRSE A ESTA DEMANDA, POR
FAVOR COMPLETE ESTOS DOS PASOS:

1.    COMPLETE Y FIRME ESTE FORMULARIO DE CONSENTIMIENTO PARA
      UNIRSE A LA DEMANDA; Y
2.    USE EL SOBRE PRE-PAGADO ADJUNTO PARA DEVOLVER ESTE
      FORMULARIO A LA DIRECCIÓN QUE APARECE ABAJO NO MÁS TARDE
      DE DICIEMBRE 2, 2023.

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

TAMBIÉN PUEDE ENVIAR POR FAX EL FORMULARIO DE CONSENTIMIENTO
PARA PARTICIPAR AL (212) 428-6811 O ESCANEARLO Y ENVIARLO POR
CORREO ELECTRÓNICO A: dhernandez@KatzMelinger.com

Doy mi consentimiento para unirme a la acción colectiva y autorizo a Katz Melinger PLLC
a actuar en mi nombre en todos los asuntos relacionados con esta acción, incluyendo
cualquier acuerdo de mis reclamaciones.


_____                    _____
FIRMA                                              NOMBRE