TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK

-------------------------------------------------------------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER,
MIGUEL MARTINEZ, y OSCAR SUAZO, a título personal y
en representación de todas las personas en una situación similar,
Demandantes,

Acción Civil N.°
1:22-cv-02235-RPK-CLP

-contra-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, y
DARREN CAPUTO,

Demandados.

-------------------------------------------------------------------------X

SI RECIBIÓ ESTE FORMULARIO Y QUIERE UNIRSE A ESTA DEMANDA, POR
FAVOR COMPLETE ESTOS DOS PASOS:

1.    COMPLETE Y FIRME ESTE FORMULARIO DE CONSENTIMIENTO PARA
      UNIRSE A LA DEMANDA; Y
2.    USE EL SOBRE PRE-PAGADO ADJUNTO PARA DEVOLVER ESTE
      FORMULARIO A LA DIRECCIÓN QUE APARECE ABAJO NO MÁS TARDE
      DE DICIEMBRE 8, 2023.                                    C

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

TAMBIÉN PUEDE ENVIAR POR FAX EL FORMULARIO DE CONSENTIMIENTO
PARA PARTICIPAR AL (212) 428-6811 O ESCANEARLO Y ENVIARLO POR
CORREO ELECTRÓNICO A: dhernandez@katzmelinger.com

Doy mi consentimiento para unirme a la acción colectiva y autorizo a Katz Melinger PLLC
a actuar en mi nombre en todos los asuntos relacionados con esta acción, incluyendo
cualquier acuerdo de mis reclamaciones.

_____
FIRMA

Segundo Garcia Teresela
NOMBRE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER,
MIGUEL MARTINEZ, and OSCAR SUAZO, individually and         Civil Action No.
on behalf of all others similarly situated,                1:22-cv-02235-RPK-CLP

                                    Plaintiffs,

                        -against-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and
DARREN CAPUTO,

                                    Defendants.

-------------------------------------------------------------------------X

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE
COMPLETE THESE TWO STEPS:

1.  COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; AND
2.  USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS
    BELOW NOT LATER THAN **DECEMBER 2, 2023**.

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (212) 428-6811
OR SCAN AND EMAIL IT TO:
dhernandez@katzmelinger.com

I consent to join the collective action and authorize Katz Melinger PLLC to act on my behalf in
all matters relating to this action, including any settlement of my claims.

_____                    Segundo Garcia Tenesela
SIGNATURE                                          PRINT NAME