UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

FLORENTINO BERMUDEZ, FRANKLYN ARCHER,
MIGUEL MARTINEZ, and OSCAR SUAZO, individually and
on behalf of all others similarly situated,

                            Plaintiffs,

                        -against-

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and
DARREN CAPUTO,

                          Defendants.

-----------------------------------------------------------------------X

Civil Action No.
1:22-cv-02235-RPK-CLP

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; AND
2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN **DECEMBER 2, 2023**.

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (212) 428-6811
OR SCAN AND EMAIL IT TO:
dhernandez@KatzMelinger.com

I consent to join the collective action and authorize Katz Melinger PLLC to act on my behalf in all matters relating to this action, including any settlement of my claims.

_Sharrod King_
SIGNATURE

_SHARROD KING_
PRINT NAME