UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
FLORENTINO BERMUDEZ, FRANKLYN ARCHER, MIGUEL
MARTINEZ, and OSCAR SUAZO, individually and on behalf of
all others similarly situated,

Civil Action No.
1:22-cv-02235-RPK-CLP

                                    Plaintiffs,

                    -against-

**NOTICE OF FILING OF
CONSENT FORMS**

CAPCON CONSTRUCTION INDUSTRIES CORP., CAPCON
CONSTRUCTION SUPPLY CORP., JAB MASONRY CORP.,
AGRA MASONRY INC., ALEX SHVARTSBERG, and DARREN
CAPUTO,

                                    Defendants.
-------------------------------------------------------------------------X

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit Consent Forms to

become Party Plaintiffs in the above-captioned collective action:

1.    Bernardo Lugo Felix

2.    Dervin Norales

3.    Franky Mejia

4.    Gadmer Garcia

5.    Gerardo Garcia

6.    Hector Aleman

7.    Jefry Suazo

8.    Jose L. Chuqui

9.    Josue Bautista

10.   Manuel Cardenas

11.   Mario Gonzalez

12.   Mark Younge

13.   Moises Israel Pilco Chicaiza

14.    Nicholas Hamilton

15.    Segundo Garcia Tenesela

16.    Sharrod King

17.    Wilson Chuqui


Dated:  New York, New York
October 18, 2023

                                        KATZ MELINGER PLLC

                            By:    */s/ Katherine Morales*
                                        Katherine Morales
                                        370 Lexington Avenue, Suite 1512
                                        New York, New York 10017
                                        Telephone: (212) 460-0047
                                        Facsimile:  (212) 428-6811
                                        kymorales@katzmelinger.com
                                        *Attorneys for Plaintiffs*

2