# KatzMelinger

370 Lexington Avenue, Suite 1512
New York, New York 10017
www.katzmelinger.com

Jarret Bodo
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
jtbodo@katzmelinger.com

July 25, 2025

**Via ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: ***Bermudez et al v. Capcon Construction Industries Corp. et al***
     **Civil Action No. 1:22-cv-02235-RPK-CLP**

Dear Judge Pollak:

  Our office represents Plaintiffs in the above-captioned matter, and we write with the consent of Counsel for all Defendants. The parties have conferred and determined that it would be beneficial to the resolution of this matter for the parties to participate in the Court's Mediation program. The parties would also like to inform the Court that all existing discovery has been exchanged between existing counsel.

  We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                */s/ Jarret Bodo*
                Jarret Bodo, Esq.

Copied via ECF:
Counsel for all Defendants